846

No. 410, Misc. MAYFIELD v. SOUTH CAROLINA. Supreme Court of South Carolina. Certiorari denied. Petitioner *pro se*. *Daniel R. McLeod*, Attorney General of South Carolina, *James S. Verner*, Assistant Attorney General, and *James R. Mann* for respondent. 

No. 577, Misc. MILLER v. ILLINOIS. Supreme Court of Illinois. Certiorari denied. *George K. Meuth* for petitioner. *William L. Guild*, Attorney General of Illinois, for respondent.

No. 625, Misc. SMITH v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Duke Duvall* and *Ben T. Head* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States. 

No. 667, Misc. BEVINS v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 677, Misc. RICKERSON v. NEW YORK. Appellate Division, Supreme Court of New York, Fourth Judicial Department. Certiorari denied.

No. 687, Misc. PHILLIPS v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 690, Misc. IN RE BUTLER. Court of Criminal Appeals of Oklahoma. Certiorari denied. 

No. 703, Misc. MITTS v. OKLAHOMA. Court of Criminal Appeals of Oklahoma. Certiorari denied.